DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JEFFREY MARTIN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D15-1453

[June 17, 2015]

Appeal of order dismissing rule 3.850 motion from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jack Schramm Cox, Judge; L.T. Case No. 502008CF018036A.

Jeffrey Martin, Crawfordville, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See* Fla. R. Crim. P. 3.850(b)(3) ("A claim based on this exception shall not be filed more than 2 years after the expiration of the time for filing a motion for postconviction relief.").

DAMOORGIAN, C.J., STEVENSON and LEVINE, JJ., concur.

\* \* \*

*Not final until disposition of timely filed motion for rehearing.*